UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-77-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| JUAN RODRIGUEZ | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to JUAN RODRIGUEZ, be changed to reflect the proper identification of the defendant as HUMBERTO VASQUEZ-NAVA.

This the 25 day of October, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE